Joseph F. PALAZZOLO, Petitioner,

v.

GENERAL SERVICES ADMINISTRATION, Respondent.

No. 01–3289.

United States Court of Appeals, Federal Circuit.

June 7, 2002.

Before MAYER, Chief Judge, MICHEL and SCHALL, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.